

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2021

No. 04-21-00161-CV

**IN THE INTEREST OF J.G.I.G.,**
Appellant

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01378
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed a notice of appeal on April 26, 2021. Thus, the 180-day deadline in which this court must dispose of this appeal is October 23, 2021.

On May 11, 2021, court reporter Elva G. Chapa filed a notification of late record. The reporter's record was originally due on May 6, 2021. On May 11, 2021, this court granted Ms. Chapa's request for fifteen additional days to file the reporter's record. On May 21, 2021, Ms. Chapa timely requested four additional days to file the reporter's record. The request is GRANTED. Ms. Chapa is ORDERED to file the reporter's record with this court **no later than May 25, 2021**. **Given the time constraints governing the disposition of this appeal, no further requests for extensions of time will be granted.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court